# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MIRIAM FLORES-LITMAN, Individually and on Behalf of all Others Similarly Situated, </br></br>  Plaintiff, </br></br> V. </br></br> FLIGHT SERVICES & SYSTEMS, LLC, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. SA-20-CA-346-FB

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Granting Joint Motion to Approve Settlement signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the parties' Joint Motion to Approve Settlement (docket no. 36) is GRANTED such that the settlement agreement between plaintiff and defendant is hereby APPROVED as fair and reasonable in light of the uncertainty of the outcome.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 13th day of April, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE